

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00495-CV

Olga Lydia **VENEGAS**
Appellant/Cross-Appellee

v.

Ricardo **VENEGAS** and Maribel Veronica Ortiz (Cross-Appellants),
Appellees/Cross Appellants

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19142
Honorable Rosie Alvarado, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: October 15, 2025

DISMISSED

On January 19, 2024, this court granted the parties' motion to abate this appeal. On September 30, 2025, the parties filed a joint motion to voluntarily dismiss this appeal. This motion is GRANTED. Accordingly, we REINSTATE and DISMISS this appeal.

PER CURIAM